669 A.2d 816

IN THE MATTER OF ANTHONY F. CARRACINO,
AN ATTORNEY AT LAW.

January 19, 1996.

ORDER

The Disciplinary Review Board having on September 11, 1995, filed with the Court its decision concluding that **ANTHONY F. CARRACINO** of **FORDS**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 4.1(a) (making a false statement of fact), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and said **ANTHONY F. CARRACINO** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **ANTHONY F. CARRACINO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.